UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH TUHOLSKI, as Independent
Administrator of the ESTATE OF
DENNIS D. TUHOLSKI and DENNIS L.
TUHOLSKI,

    Plaintiffs,

v.

DELAVAN RESCUE SQUAD, INC.

    Defendant, Third-Party
    Plaintiff,

and

PHILIPS MEDICAL SYSTEMS, INC.
PHILIPS HEALTHCARE, INC. and
PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

    Corporation Defendants,

v.

PHILIPS MEDICAL SYSTEMS, PHILIPS
MEDICAL SYSTEMS NORTH
AMERICA, INC., PHILIPS MEDICAL
SYSTEMS, INC. PHILIPS
ELECTRONICS, INC., and PHILIPS
ELECTRONICS NORTH AMERICA
CORPORATION,

    Third-Party Defendants.

Case No.: 2:13CV01349

## ORDER

This matter coming to be heard on Philips Electronics North America Corporation's Agreed Motion to Extend the Time to Answer or Otherwise Plead to Plaintiff's Fourth Amended Complaint, the Court being fully advised on the premises, **IT IS HEREBY ORDERED**:

1.  Philips Electronics North America Corporation's Agreed Motion is Granted.

2.  Philips Electronics North America Corporation is granted an extension, up to and including **June 9, 2014**, to answer or otherwise plead to Plaintiff's Fourth Amended Complaint.

Dated at Milwaukee, Wisconsin this 3rd day of June, 2014.

BY THE COURT

 s/ *Nancy Joseph*  
NANCY JOSEPH  
United States Magistrate Judge